No. 5272.—QUIÑONES, aplda., v. PORTO RICO BISCUIT COM-

PANY, aplte.—C. D. Ponce. Enero 20, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Apareciendo que la última prórroga que se concedió a la parte apelante para presentar su alegato venció el 26 de julio de 1930, sin que haya la apelante presentado tal alegato, ni hecho otra gestión, se desestima la apelación.